# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GARFIELD WELCH,<br><br>      Plaintiff,<br><br>v.<br><br>PDL RECOVERY GROUP, LLC; and<br>DOE 1-5<br><br>      Defendants. | Civil Action No. _____ |

## COMPLAINT
### (Jury Trial Demanded)

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court exercises jurisdiction under 15 U.S.C. 1692k and 28 U.S.C. 1331. This District is of proper venue as Plaintiff is a resident within this District and Defendants engaged in the activities herein alleged against Plaintiff while Plaintiff so resided.

## PARTIES

3. Plaintiff, Garfield Welch (hereinafter "Plaintiff" or "Mr. Welch"), is a natural person residing in Miami, Florida. Defendant, PDL RECOVERY GROUP, LLC is a limited liability company maintaining a mailing address of PO Box 783 in Amherst, NY, its principle

place of business being unknown.  Plaintiff is ignorant of the true names and capacities of the defendants sued herein as DOE 1-5, and therefore sues these defendants by such fictitious names. Plaintiff will amend this Complaint to allege the true names and capacities once ascertained. Plaintiff believes and thereon alleges that the fictitiously named defendants are responsible in some manner for the occurrences herein alleged, and that such defendants are responsible to Plaintiff for damages and/or monies owed.

5.  PDL RECOVERY GROUP, LLC and DOE 1-5 shall hereafter be jointly referred to as "Defendants."

6.  Defendants regularly operate as third-party debt collectors and are "debt collectors" as defined by 15 U.S.C. 1692a.

## FACTUAL ALLEGATIONS

7.  Defendants engaged in debt collection efforts in an attempt to collect a consumer debt allegedly owed by Mr. Welch.

8.  Defendants began leaving telephone messages for Mr. Welch on or about May 20, 2014.

9.  On May 20, 2014, Defendants left a voice mail message for Mr. Welch, the content of which is as follows: "This is a required notice in accordance State and Federal regulations.  Understand that this call is not a sale solicitation.  My name is Ms. Watson and the number to my department is 1800-290-1065.  When calling please reference claim number 151078.  Again, this is Ms. Watson and I can be reached at 1-800-290-1065 in reference to claim number 151078.  Thank you and have a nice day."

10. On June 10, 2014, Defendants left a voice mail message for Mr. Welch, the content of which is as follows: "This is a required notice in accordance State and Federal regulations. Understand that this call is not a sale solicitation. My name is Ms. Watson and the number to my department is 1-800-290-1065. When calling please reference claim number 151078. Again, this is Ms. Watson and I can be reached at 1-800-290-1065 in reference to claim number 151078. Thank you and have a nice day."

11. On June 16, 2014, Defendants left a voice mail message for Mr. Welch, the content of which is as follows: "This is a required notice in accordance State and Federal regulations. Understand that this call is not a sale solicitation. My name is Ms. Watson and the number to my department is 1-800-290-1065. When calling please reference claim number 151078. Again, this is Ms. Watson and I can be reached at 1-800-290-1065 in reference to claim number 151078. Thank you and have a nice day."

12. On July 30, 2014, Defendants left a voice mail message for Mr. Welch, the content of which is as follows: "This is a required notice in accordance State and Federal regulations. Understand that this call is not a sale solicitation. My name is Ms. Watson and the number to my department is 1-800-290-1065. When calling please reference claim number 151078. Again, this is Ms. Watson and I can be reached at 1-800-290-1065 in reference to claim number 151078. Thank you and have a nice day."

13. Increasingly harassed and concerned with Defendants' messages in which Defendants failed to disclose the nature or purpose of the call, Mr. Welch retained counsel with Centennial Law Offices.

14. As a direct result of the collection activity herein alleged, Mr. Welch has incurred legal fees of $1,755.00.

## CAUSES OF ACTION

### COUNT I

15. Plaintiff re-alleges paragraphs 1 through 14, inclusive, and by this reference incorporate the same as though fully set forth herein.  Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated 15 U.S.C. 1692d(6) by failing to provide meaningful disclosure of their identity in their communications with Plaintiff, specifically the name of Defendants' company and that the communications were from a debt collector being made in an attempt to collect a debt.

### COUNT II

16. Plaintiff re-alleges paragraphs 1 through 14, inclusive, and by this reference incorporate the same as though fully set forth herein.  Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated 15 U.S.C. 1692(e)11 by failing to disclose in their communications with Plaintiff that the communications were from a debt collector being made in an attempt to collect a debt.

### COUNT III

17. Plaintiff re-alleges paragraphs 1 through 14, inclusive, and by this reference incorporate the same as though fully set forth herein.  Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated 15 U.S.C. 1692(e) by misrepresenting that their communications to Plaintiff constituted a "required notice in accordance with State and Federal regulations."

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, recovery as follows:

1.) For statutory damages in the amount of $1,000 pursuant to 15 U.S.C. 1692k(2);

2.) For $1,755.00 in legal fees incurred in responding to unlawful collection activity;

3.) For prejudgment interest in an amount to be proved at time of trial;

4.) For attorney's fees pursuant to 15 U.S.C. 1692(k);

5.) For the costs of this lawsuit; and

6.) For any other and further relief that the court considers proper.

## JURY DEMAND

Plaintiff demands a jury trial.

Date:  May 20, 2015

s/Brooke Terpening

_____
BROOKE TERPENING, ESQ.
Attorney for Plaintiff GARFIELD WELCH
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 130
(888)535-8267 fax
B.Terpening@centenniallawoffices.com