AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GARFIELD WELCH <br> *Plaintiff(s)* <br> v. <br> PDL RECOVERY GROUP, LLC; and DOE 1-5 <br> *Defendant(s)* | Civil Action No. **15-CV-21928-Lenard/Goodman** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PDL RECOVERY GROUP, LLC
PO BOX 783
AMHERST, NEW YORK, 14226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: BROOKE TERPENING, ESQ.
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **May 21, 2015**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts