## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **GARFIELD WELCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:15-cv-21928-JAL** |
| | ) | |
| **PDL RECOVERY GROUP, LLC; and DOE 1-5,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff

voluntarily dismisses the entire action without prejudice.


Date:  June 10, 2015


s/Brooke Terpening

_____
BROOKE TERPENING, ESQ.
Attorney for Plaintiff GARFIELD WELCH
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 130
(888)535-8267 fax
B.Terpening@centenniallawoffices.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this date, June 10, 2015, I mailed a copy of the foregoing

Notice of Dismissal, First Class U.S. Mail, to the following party:

PDL Recovery
PO Box 783
Amherst, NY 14226


s/Brooke Terpening

_____
BROOKE TERPENING, ESQ.
Attorney for Plaintiff GARFIELD WELCH
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 130
(888)535-8267 fax
B.Terpening@centenniallawoffices.com